ROYAL INDEMNITY COMPANY, NEW YORK PLATE GLASS INSURANCE COMPANY, CHICAGO BONDING AND INSURANCE COMPANY, OCEAN ACCIDENT AND GUARANTEE CORPORATION, LLOYDS PLATE GLASS INSURANCE COMPANY OF NEW YORK, FIDELITY AND CASUALTY INSURANCE COMPANY OF NEWARK, NEW JERSEY, COMMERCIAL CASUALTY INSURANCE COMPANY OF NEWARK, NEW JERSEY, CHILDS COMPANY, TRUSTEES OF ST. PAUL'S EVANGELICAL LUTHERAN CHURCH AND IRA W. ALLEN, RESPONDENTS, v. LEHIGH VALLEY RAILROAD COMPANY, APPELLANT.

Argued November 24, 1919—Decided March 1, 1920.

On appeal from the Supreme Court.

For the appellant, *Collins & Corbin, Gilbert Collins, Lindley M. Garrison, George S. Hobart* and *Edgar H. Boles* and *Richard W. Barrett* (of New York).

For the respondent, *Congleton, Stallman & Hoover, Edwards & Smith, William E. Holmwood* and *Frederick C. Henn.*

PER CURIAM.

These are ten of the cases consolidated for trial with the case of the *Metropolitan Casualty Insurance Co. of New York* v. *Lehigh Valley Railroad Co., ante p.* 236. The points involved in these cases are there discussed and decided. The judgments in each of the above cases are affirmed, with costs, for the reasons stated in that case.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON, JJ. 15.

*For reversal*—None.